IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-543-FDW-DCK

| | |
|---|---|
| JTH TAX LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| GAUSE ENTERPRISES LLC, and CHARLES GAUSE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Allison J. Becker, concerning Peter Siachos, on November 8, 2021. Peter Siachos seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Peter Siachos is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 8, 2021

David C. Keesler
United States Magistrate Judge