# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-543-FDW-DCK

| | |
|---|---|
| **JTH TAX LLC, d/b/a LIBERTY TAX SERVICES,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **CHARLES GAUSE, and GAUSE ENTERPRISES LLC, d/b/a MR. CHARLES TAX d/b/a MR CHARLES TAX,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The undersigned received a request for a telephonic discovery conference from Plaintiff on November 3, 2022. The undersigned will decline to hold a telephonic conference, considering the parties' stated intention to participate in upcoming depositions and mediation later this month. It is the undersigned's understanding and expectation that the parties will participate in a deposition scheduled for November 11, 2022, and mediation on November 14, 2022. The Court commends the parties' efforts to get these matters scheduled.

**IT IS, THEREFORE, ORDERED** that the parties are respectfully reminded that the scheduling order deadlines are as follows: discovery completion – **November 15, 2022**; mediation report – **November 23, 2022**; dispositive motions – **December 7, 2022**; dispositive motions hearing – **TBD**; and jury trial – **March 6, 2023**.

**IT IS FURTHER ORDERED** that Plaintiff may file a renewed motion for sanctions at a later date, if necessary, following the parties' participation in scheduled depositions and mediation.

**SO ORDERED**.

Signed: November 3, 2022

David C. Keesler
United States Magistrate Judge