## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GAUSE and GAUSE ENTERPRISES LLC d/b/a MR. CHARLES TAX,<br><br>Defendants. | Case No.: 3:21-cv-543-FDW-DCK |

## INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| No. | Description |
|---|---|
| A | NC256 Franchise Agreement |
| B | NC239 Franchise Agreement |
| C | NC256 Franchise Agreement Renewal |
| D | Deposition of Charles Gause |
| E | Deficiency Gross Receipts |
| F | Deficiency Money Owed |
| G | Deficiency Business Hours |
| H | March 2021 Notice of Termination |
| I | Defendants' Responses to Liberty's Interrogatories |
| J | Mileage Map |
| K | Mileage Map |
| L | Electronic Filing Identification Number Report for EFIN 696084 |
| M | Electronic Filing Identification Number Report for EFIN 698567 |
| N | Articles of Dissolution dated November 15, 2022 |

Respectfully submitted this 7TH day of December, 2022.

Gordon Rees Scully Mansukhani, LLP

By:     */s/ Allison J. Becker*
        Allison J. Becker
        N.C. State Bar No.: 41993
        Benjamin L. Williams
        N.C. State Bar No.: 53665
        421 Fayetteville Street, Suite 330
        Raleigh, North Carolina 27601
        Telephone:  984-242-1796
        Facsimile: 919-741-5840
        abecker@grsm.com
        blwilliams@grsm.com
        *Attorneys for JTH Tax LLC d/b/a Liberty Tax Service*

- 2 -

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 7th day of December, 2022, I electronically filed the foregoing INDEX OF EXHIBITS with the Clerk of Court using the CM/ECF system which will send notification to such to all counsel of record. I further certify that I caused a copy of the foregoing to be served on unrepresented parties, via U.S. Mail, in a postage-paid envelope addressed as follows:

Mr. Charles Gause
7016 McLothian Lane
Charlotte, NC 28078
charles@gauseassociates.com
*Plaintiff*

Gordon Rees Scully Mansukhani, LLP

By: */s/ Allison J. Becker*
Allison J. Becker