# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE **DIVISION**
### **Case Number** 3:21-CV-00543-FDW-DCK

| | | |
|---|---|---|
| JTH Tax LLC | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Gause Enterprises LLC | ) | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Gause Enterprises LLC.

IT APPEARING TO THE COURT that the named Gause Enterprises LLC.  Is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Gause Enterprises LLC.

March 3, 2023

Signed: March 3, 2023

Frank G. Johns, Clerk
United States District Court