# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-00543-FDW-DCK

| | | |
|---|---|---|
| JTH TAX LLC, <br> d/b/a LIBERTY TAX SERVICES, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | ORDER |
| CHARLES GAUSE, and <br> GAUSE ENTERPRISES LLC, <br> d/b/a MR. CHARLES TAX, <br> d/b/a MR CHARLES TAX, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) <br> ) | |

**THIS MATTER** is before the Court on Plaintiff's Notice of Settlement, filed on June 20, 2023, wherein Plaintiff notified the Court that "a settlement has been reached between Plaintiff and Defendants to resolve the present case and terminate this litigation." (Doc. No. 69). As such, the case settlement deadline for filing an entry of judgment or a stipulation of dismissal has been set for July 20, 2023. However, this matter is docketed for trial beginning on Monday, July 10, 2023, (Doc. No. 66, p. 19), and Pretrial Submissions are required in advance of trial so that the Court can be prepared to proceed. Accordingly, the parties' jointly prepared Pretrial Submissions shall be due by July 3, 2023. (See Doc. No. 39).

**IT IS THEREFORE ORDERED** that the parties shall file either: (1) the jointly prepared Stipulation of Dismissal, or (2) the jointly prepared Pretrial Submissions, **by July 3, 2023**. A Pretrial Conference, if necessary, shall take place immediately following Docket Call on July 10, 2023, in Courtroom #5B of the Charles R. Jonas Building.

1

**IT IS SO ORDERED.**

Signed: June 20, 2023

Frank D. Whitney
United States District Judge